DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OCEAN TOWERS OF HUTCHINSON ISLAND CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**ISLAND VILLAGE OF HUTCHINSON ISLAND OWNERS ASSOCIATION, INC., et al.,**
Appellees.

No. 4D21-301

[May 27, 2021]

Non-final appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Barbara W. Bronis, Judge; L.T. Case No. 2019CA002143.

Elaine D. Walter, Michelle B. King, Yvette Lavelle, and Connie F. Chen of Boyd Richards Parker & Colonnelli, Miami, for appellant.

David B. Earle and Jesse S. Hornberger of Ross Earle Bonan & Ensor, P.A., Stuart, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***